**Electronically Filed
Supreme Court
SCWC-23-0000662
24-MAR-2026
03:47 PM
Dkt. 13 OGAC**

SCWC-23-0000662

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———————————————————————————————

DEUTSCHE BANK NATIONAL TRUST COMPANY AMERICAS AS INDENTURE
TRUSTEE FOR THE REGISTERED HOLDERS OF SAXON ASSET SECURITIES
TRUST 2005-1 MORTGAGE LOAN ASSET BACKED NOTES, SERIES 2005-1,
Respondent/Plaintiff-Appellee,

vs.

YUN RU,
Petitioner/Defendant-Appellant,

and

KAOHE RANCH SUBDIVISION HOMEOWNERS' ASSOCIATION;
KAOHE RANCH ROAD MAINTENANCE CORPORATION; and
MORDEHAI ASAF AND LIORA ASAF, TRUSTEES OF THE
ASAF FAMILY TRUST, DATED JUNE 1, 2015,
Defendants-Appellees.

———————————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000662; CASE NO. 3CCV-20-0000480)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Souza, assigned by reason of vacancy)

Petitioner Yun Ru's Application for Writ of Certiorari,

filed on January 30, 2026, is hereby accepted and will be

scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, March 24, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza



/s/ Vladimir P. Devens

/s/ Kevin A.K. Souza